# UNITED STATES DISTRICT COURT
for the
Eastern District of Texas

| | |
|---|---|
| RUBY SANDS LLC <br><br> *Plaintiff(s)* <br> v. <br> PLAINS CAPITAL BANK <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) Civil Action No.   2:15-cv-02016-JRG |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*   Plains Capital Bank
2323 Victory Avenue
#1400
Dallas, TX 75219

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Zimmerman, Weiser & Paray LLP
226 St. Paul Street
Westfield, NJ 07090

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   12/3/15                                                             *David A. O'Toole*
                                                                            *Signature of Clerk or Deputy Clerk*